NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

FREUND & BRACKEY LLP
Jonathan D. Freund (SBN 157357)
jfreund@freundandbrackey.com
Craig A. Huber (SBN 159763)
cahuber@freundandbrackey.com
427 N. Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165

ATTORNEYS FOR: THE ORCHARD ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. VALENZIANO, an individual<br><br>Plaintiff(s),<br>v.<br><br>THE ORCHARD ENTERPRISES, INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV 10 9754-JFW (PLAx)**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  THE ORCHARD ENTERPRISES, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

The Defendant is not aware of any unnamed parties having a direct, pecuniary interest in the outcome of this case.

December 17, 2010
_____
Date

Sign _____

Defendant THE ORCHARD ENTERPRISES, INC.
Attorney of record for or party appearing in pro per