NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH W. VALENZIANO, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE ORCHARD ENTERPRISES, INC., a Delaware Corporation, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. CV 10-09754 JFW (PLA)<br><br>ORDER |

**ORDER**

        Bases upon the stipulation by and between Plaintiff Joseph W. Valenziano and

Defendant the Orchard Enterpirses, Inc. by and through their respective counsel of record,

that based upon execution of a Settlement Agreement by the parties all claims and defenses

brought in the above captioned action shall be dismissed with prejudice, each party to bear

its own costs and attorney fees.

Dated: ___September 9, 2011_____

            _____

                                                The Hon. John F. Walter
                                                U.S. District Judge